BROOKS R. BROWN (SBN 250724)
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

Attorneys for Defendant:
COURIER PLUS, INC. d/b/a DUTCHIE


ABBAS KAZEROUNOIAN (SBN 249203)
*ak@kazlg.com*
**KAZEROUNI LAW GROUP, APC**
245 Fischer Ave, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for Plaintiff:
YESENIA SUAREZ

*[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YESENIA SUAREZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COURIER PLUS, INC. d/b/a DUTCHIE,<br><br>Defendant. | Case No. 5:20-cv-05590-EJD<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Courtroom: 4<br>Judge:   Hon. Edward J. Davila |

Plaintiff YESENIA SUAREZ and Defendant COURIER PLUS, INC. d/b/a DUTCHIE ("Dutchie") hereby provide notice to the Court that the parties have reached an agreement in principle on terms of an individual settlement in this matter. The parties are in the process of documenting that settlement and Plaintiff anticipates filing a stipulation of dismissal with prejudice in this matter within the next 30 days.

Respectfully submitted,

Dated: November 12, 2020

By: /s/ *Abbas Kazerounoian*
ABBAS KAZEROUNOIAN (SBN 249203)
*ak@kazlg.com*
**KAZEROUNI LAW GROUP, APC**

YANA A. HART (SBN: 306499)
*yana@kazlg.com*
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (800) 520-5523

Attorneys for Plaintiff:
YESENIA SUAREZ

Dated: November 12, 2020

By: /s/ *Brooks R. Brown*
BROOKS R. BROWN (SBN 250724)
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

BRETT M. SCHUMAN (SBN 189247)
*BSchuman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
COURIER PLUS, INC. d/b/a DUTCHIE

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/) of ABBAS KAZEROUNOIAN.

                                        /s/ *Brooks R. Brown*
                                         BROOKS R. BROWN

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the |
| 3 | United States District Court for the Northern District of California by using the CM/ECF system |
| 4 | on **November 12, 2020**. I further certify that all participants in the case are registered CM/ ECF |
| 5 | users and that service will be accomplished by the CM/ECF system. |
| 6 | I certify under penalty of perjury that the foregoing is true and correct. Executed on |
| 7 | **November 12, 2020**. |
| 8 | |
| 9 | /s/   *Brooks R. Brown* |
| 10 | BROOKS R. BROWN |