Abbas Kazerounoian, Esq. (SBN: 249203)
*ak@kazlg.com*
**KAZEROUNI LAW GROUP, APC**
245 Fischer Ave, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Yana A. Hart, Esq. (SBN: 306499)
*yana@kazlg.com*
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YESENIA SUAREZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COURIER PLUS, INC. d/b/a DUTCHIE,<br><br>Defendant. | Case No. 5:20-cv-05590-EJD<br><br>**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF YESENIA SUAREZ'S INDIVIDUAL CLAIM WITH PREJUDICE**<br><br>Ctrm.:   4<br>Judge:   Hon. Edward J. Davila |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff YESENIA SUAREZ and Defendant COURIER PLUS, INC. d/b/a DUTCHIE ("Dutchie") hereby stipulate and agree that Plaintiff Yesenia Suarez is hereby dismissing her individual claim against Dutchie with prejudice, with each party waiving her or its rights of appeal and agreeing to bear her or its own attorney's fees and costs. The parties further stipulate and agree that the claims of putative class members are dismissed without prejudice.

Respectfully submitted,

Dated: December 28, 2020        By: /s/ *Abbas Kazerounian*
                                    Abbas Kazerounian

                                ABBAS KAZEROUNIAN (SBN 249203)
                                *ak@kazlg.com*
                                **KAZEROUNI LAW GROUP, APC**
                                245 Fischer Ave, Suite D1
                                Costa Mesa, CA 92626
                                Telephone: (800) 400-6808
                                Facsimile: (800) 520-5523

                                YANA A. HART (SBN: 306499)
                                *yana@kazlg.com*
                                **KAZEROUNI LAW GROUP, APC**
                                2221 Camino Del Rio, Suite 101
                                San Diego, CA 92108
                                Telephone: (619) 233-7770
                                Facsimile: (800) 520-5523

                                Attorneys for Plaintiff:
                                YESENIA SUAREZ

Dated: December 28, 2020        By: /s/ *Brooks R. Brown*
                                    Brooks R. Brown

                                BROOKS R. BROWN (SBN 250724)
                                *BBrown@goodwinlaw.com*
                                W. KYLE TAYMAN (pro hac vice)
                                *KTayman@goodwinlaw.com*
                                **GOODWIN PROCTER LLP**
                                1900 N Street, NW
                                Washington, DC  20036
                                Tel.: +1 202 346 4000
                                Fax: +1 202 346 4444

| | |
|---|---|
| 1 | BRETT M. SCHUMAN (SBN 189247) |
| 2 | *BSchuman@goodwinlaw.com*<br>**GOODWIN PROCTER LLP** |
| 3 | |
| 4 | Three Embarcadero Center<br>San Francisco, CA  94111 |
| 5 | Tel.: +1 415 733 6000<br>Fax: +1 415 677 9041 |
| 6 | Attorneys for Defendant:<br>COURIER PLUS, INC. d/b/a DUTCHIE |

2